**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

ERIK SCOTT POPEJOY,           :       Civil No. 3:25-cv-1778

         Petitioner           :       (Judge Mariani)

   v.                               :

COMMONWEALTH OF PA, *et al.*,    :

         Respondents      :

## ORDER

**AND NOW**, this _29th_ day of June, 2026, upon consideration of the amended petition for writ of habeas corpus (Doc. 5) pursuant to 28 U.S.C. § 2254, and in accordance with the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The amended petition for writ of habeas corpus (Doc. 5) is **DENIED**.

2. Petitioner's motion (Doc. 10) for default judgment is **DENIED**.

3. The Clerk of Court is directed to **CLOSE** this case.

4. There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. § 2253(c).

Robert D. Mariani
United States District Judge